October 11, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

AKINDELE OLUFOWOSHE, Appellant

NO. 14-12-00375-CV                              V.

LANCE PINKERTON AND WILLOW TRACE OWNERS, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 9, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Akindele Olufowoshe.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.